

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DEANNA WHARTON,

             Plaintiff,                        06 Civ. 06937 (CM)
                                                  JUDGMENT

  -against-

THEODORE FURST, Individual and THEODORE
FURST, in his Corporate Capacity,

            Defendants.
------------------------------------X

      Whereas the above entitled action having been assigned to the Honorable Colleen McMahon, U.S.D.J., and the Court thereafter on December 22, 2006, having handed down a Memorandum and Order Granting Defendants' Motion to Dismiss (docket #22), granting Defendants' Motion to Dismiss (docket #6), dismissing with prejudice Plaintiff's first, second, and third causes and dismissing without prejudice Plaintiff's fourth and fifth causes of action, it is,

      **ORDERED, ADJUDGED AND DECREED:** that the Defedants' Motion to Dismiss (docket #6), Plaintiff's first, second and third causes of action are dismissed with prejudice and Plaintiff's fourth and fifth causes of action are dismissed without prejudice, the case is hereby closed.

DATED: White Plains, New York
          December 27, 2006

                                                        *J. Michael McMahon*
                                               J. Michael McMahon-Clerk of Court



**MICROFILM**

DEC 27 2006

**USDC SDNY WP**